```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| VICTOR SIMPSON, et al.,           ) | |
|                                   ) | |
|         Plaintiffs,               ) | |
|                                   ) | |
|     v.                            ) | Civil Action No. 08-529 (GK) |
|                                   ) | |
| GREAT SOCIALIST PEOPLE'S          ) | |
| LIBYAN ARAB JAMAHIRIYA,           ) | |
| et al.,                           ) | |
|                                   ) | |
|         Defendants.               ) | |

**ORDER**

This case is hereby referred to Magistrate Judge Alan Kay for settlement purposes only.

June 26, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**