UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Victor Simpson, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-529 (GK) |
| ) | |
| Socialist People's Libyan Arab ) | |
| Jamahirya, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO CONSOLIDATE**

COME NOW the Plaintiffs, by and through counsel and hereby move this Honorable Court to consolidate the above referenced matter with *Buonocore v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 06-727. In support of this Motion, the Plaintiffs state as follows:

1. On July 2, 2008, the parties filed a Joint Praecipe with the Court which addressed issues relating to the further proceedings in the above referenced case, including the possible consolidation of the this matter with *Buonocore v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 06-727, with the *Buonocore* matter remaining as the senior action in the consolidated proceedings.

2. At that time, counsel for the Defendants indicated that if the Court did not dismiss the *Simpson* Complaint for duplicative reasons[1], they would consent to the consolidation of *Buonocore* and *Simpson* for further proceedings before the Court.

3. Rule 42(a) of the Federal Rules of Civil Procedure provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order all of the actions consolidated." Fed. R. Civ. P. 42(a).

4. "Consolidation is particularly appropriate when the actions are likely to involve substantially the same witnesses and arise from the same series of events or facts." *Blasko v. Washington Metropolitan Area Transit Authority*, 243 F.R.D. 13, 15 (D.D.C. 2007).

5. Here, the actions arise from the same event, the December 27, 1985 terrorist attacks at Fiumicino Airport in Rome, Italy and Vienna Schwechat Airport in Vienna, Austria, and involve the same witnesses and evidence. Although there may be different questions of law arising out of the application of 28 U.S.C. § 1605A to the Plaintiffs' claims, judicial economy will be best served if the matters are consolidated and the parties are permitted to address these matters in a single consolidated action.

---

[1] Contemporaneous with the filing of this Motion, the Libyan Defendants are expected to file a Motion to Dismiss the *Simpson* Complaint, limited to arguing that the Court should dismiss the *Simpson* action as being duplicative of the *Buonocore* action. Plaintiffs' opposition to that motion is due to be filed on August 26, 2008. Plaintiffs' proffer, for reasons that will be set forth more fully in their opposition papers, that the Court should deny the limited Motion to Dismiss, as the *Simpson* matter is not duplicative, and is essential to protecting the Plaintiffs' rights to proceed under Section 1083 of the newly enacted National Defense Authorization Act ("NDAA"), as codified at 28 U.S.C. §1605A. *See Simon, et al. v. Republic of Iraq*, No. 06-7178 2008 WL 249741 at *4 (D.C. Cir. June 24, 2008) (in order to claim the benefits of §1605A, a plaintiff must file a new action under that provision).

WHEREFORE, as the parties have agreed that if the Court does not dismiss this matter as duplicative, judicial economy favors proceeding in a consolidated action, Plaintiffs hereby move the Court, pursuant to Fed.R.Civ.P. 42(a), to consolidate this matter with *Buonocore,* with the *Buonocore* action remaining the senior action. A proposed order is attached.

July 25, 2008                                          Respectfully Submitted,

**Counsel for the Plaintiffs**:

HEIDEMAN NUDELMAN
 & KALIK, P.C.
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By:  /s/*Richard D. Heideman*_____
       /s/ *Tracy Reichman Kalik*_____
     Richard D. Heideman (No. 377462)
     Noel J. Nudelman (No. 449969)
     Tracy Reichman Kalik (No. 462055)

PERLES LAW FIRM, P.C

Steven R. Perles (No. 326975)
Edward MacAllister
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:    202-955-3806

**Of Counsel for Plaintiffs:**

F. R. Jenkins (Virginia Bar No. 36302)
 Meridian 361 International Law Group, PLLC
2 Dr. Johnson's Buildings
Inner Temple
London EC4Y 7AY
United Kingdom
Tel. + 1-866-338-7087
Facsimile + 1-202-315-3894

G:\Clients\Rome Bombing\Pleadings\Simpson 1605A case\Pleadings\Motion to Consolidate\Motion.072508.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Victor Simpson, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-529 (GK) |
| Socialist People's Libyan Arab Jamahirya, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter having come before the Court on Plaintiffs' Motion to Consolidate, and the Court having been sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' Motion is GRANTED, and pursuant to Fed. R. Civ. P. 42(a) this matter shall be consolidated with *Buonocore v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 06-727. The *Buonocore* action shall be the senior lead action in the consolidated action.

IT IS SO ORDERED on this the _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge